UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GNANA CHINNIAH a/k/a GNANACHANDRA M. CHINNIAH,

                           Plaintiff,

                         -v-

FEDERAL ENERGY REGULATORY COMMISSION, JOHN SPAIN, and PRAPA HARAN,

                         Defendants.

18 CIV. 8261 (VSB)

**NOTICE OF MOTION**

       PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and Declaration of Sidney Chapman executed on May 17, 2019, defendants Federal Energy Regulatory Commission, John Spain, and Prapa Haran (collectively, "Defendants"), by their attorney, Geoffrey S. Berman, United States Attorney for the Southern District of New York, hereby move this Court for an Order pursuant to Federal Rule of Civil Procedure 12(b)(1) dismissing with prejudice Plaintiff's Complaint, and granting such other and further relief as the Court may deem just and proper.

       PLEASE TAKE FURTHER NOTICE that, pursuant Local Civil Rule 6.1(b) and Federal Rule of Civil Procedure 6(d), responsive papers, if any, shall be served no later than June 6, 2019.  Reply papers, if any, shall be served within seven days after service of the responsive papers.

Dated: May 20, 2019
       New York, New York

                                             GEOFFREY S. BERMAN
                                             United States Attorney for the
                                             Southern District of New York
                                             *Attorney for Defendants*

                                  By:    */s/ Danielle J. Levine*
                                             DANIELLE J. LEVINE
                                             Assistant United States Attorney
                                             86 Chambers Street, 3rd Floor
                                             New York, New York 10007
                                             Tel.: (212) 637-2689
                                             E-mail: danielle.levine@usdoj.gov