**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GNANA CHINNIAH a/k/a GNANACHANDRA M. CHINNIAH,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　-v-<br><br>FEDERAL ENERGY REGULATORY COMMISSION, JOHN SPAIN, and PRAPA HARAN,<br><br>　　　　　　　　　　Defendants. | 18 Civ. 8261 (VSB)<br><br>**NOTICE OF MOTION** |

　　　　PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and Declaration of Sidney Chapman executed on September 5, 2019, defendants Federal Energy Regulatory Commission, John Spain, and Prapa Haran (collectively, "Defendants"), by their attorney, Geoffrey S. Berman, United States Attorney for the Southern District of New York, hereby move this Court for an Order pursuant to Federal Rule of Civil Procedure 12(b)(1) dismissing with prejudice Plaintiff's Amended Complaint, and granting such other and further relief as the Court may deem just and proper.

　　　　PLEASE TAKE FURTHER NOTICE that, pursuant Local Civil Rule 6.1(b) and Federal Rule of Civil Procedure 6(d), responsive papers, if any, shall be served no later than September 23, 2019.  Reply papers, if any, shall be served within seven days after service of the responsive papers.

Dated: September 6, 2019
New York, New York

>GEOFFREY S. BERMAN
>United States Attorney for the
>Southern District of New York
>*Attorney for Defendants*
>
>By:   /s/ Danielle J. Levine
>DANIELLE J. LEVINE
>Assistant United States Attorney
>86 Chambers Street, 3rd Floor
>New York, New York 10007
>Tel.: (212) 637-2689
>E-mail: danielle.levine@usdoj.gov