UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GNANA CHINNIAH a/k/a GNANACHANDRA M. CHINNIAH,

                      Plaintiff,        18 Civ. 8261 (VSB)

-v-

FEDERAL ENERGY REGULATORY COMMISSION, JOHN SPAIN, and PRAPA HARAN,
                      Defendants.

---

## DECLARATION OF SIDNEY CHAPMAN

I, Sidney Chapman, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am employed by the Federal Energy Regulatory Commission ("FERC" or "the Agency"). My office is located at 888 First Street, NE, Washington, D.C. 20426. I am the Division Director of the Workforce Relations Division of FERC, which is under the purview of the Office of the Executive Director ("OED"). I have been employed with FERC since October 2008.

2. I have reviewed Plaintiff Gnana Chinniah's Amended Complaint filed in the United States District Court for the Southern District of New York. This Declaration is submitted in support of Defendants' Motion to Dismiss.

3. As the Director of FERC's Workforce Relations Division, I am responsible for overseeing the Division's administration of the Agency's labor and employee relations program. In this regard, the Workforce Relations Division's responsibilities include providing support as the technical experts for a full range of employee relations matters, including: disciplinary and adverse actions; performance management issues; coordinating reasonable accommodation

issues with OED's Equal Employment Opportunity Advisor; performance management and awards programs; the Drug-Free Workplace Program; and administrative grievances and appeals.

4. Based on my position, I am one of the custodians of records relating to personnel issues concerning FERC employees. I have personally searched and reviewed the records of the Agency and those records reveal the following information: Mr. Chinniah began his federal service employment with the Agency on January 23, 2017. He was hired in the competitive service as a Civil Engineer pursuant to 5 U.S.C. § 2102. As an employee hired pursuant to 5 U.S.C. § 2102, he was subject to a one-year trial (probationary) period. *See* 5 U.S.C. § 7511; 5 C.F.R. § 315.803; and 5 C.F.R. § 315.804. Mr. Chinniah's employment with the Agency was terminated on September 15, 2017, prior to the expiration of his one-year probationary period.

5. In addition to the foregoing, the results of my search and review of the Agency's relevant records indicates that Mr. Chinniah did not file a complaint, petition, or any other document with the United States Merit Systems Protections Board, the Equal Employment Opportunity Commission or any other administrative body, nor has the Office of Special Counsel ("OSC") filed any complaint, petition, or other document on his behalf.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 5th day of September, 2019.

_____
SIDNEY CHAPMAN
Director
Workforce Relations Division
Office of Executive Director
Federal Energy Regulatory Commission