**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
GNANA M. CHINNIAH,

                Plaintiff,                18 **CIVIL** 8261 (VSB)

     -against-                   **JUDGMENT**

FEDERAL ENERGY REGULATORY
COMMISSION, et al.,

                Defendants.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 9, 2022, Defendants' motion to dismiss the Amended Complaint is hereby GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
         February 10, 2022

                                                     RUBY J. KRAJICK
                                                    _____
                                                    **Clerk of Court**
                         **BY:**
                                                    **Deputy Clerk**